Texas Department of Criminal Justice

Huntsville, Texas 77340

United States District Court
Southern District of Texas
FILED

APR 2 3 2019

David J. Bradley, Clerk

To whom it may concern:

The undersigned, Director of the Texas Department of Criminal Justice, certifies that

AVILA, CHARLES ANTHONY

TDCJ number SID 02777241 was convicted of a felony to-wit by the District Courts of:

AGGV ROBBERY W/DEADLY WPN       20,916        NAVARRO

And sentenced on the 17TH day of JANUARY A.D., 80 to 30 years confinement in the penitentiary.

Received in TDCJ custody
Released to mandatory supervision
Released to parole
Date of discharge                      07-17-17

Remarks: DISCHARGE IN ABSENTIA; FLORENCE USP - HIGH

Per Texas Government Code, Chapter 493.030, the Social Security Administration has been notified of all offenders released who were confined in a facility for a period of less than twelve consecutive months and were previously receiving Supplemental Security Income or Social Security Disability Insurance benefits.

Per Texas Family Code, Section 85.025 (c), If a person is the subject of a protective order that was issued September 1, 1999 through June 8, 2015, and is confined or imprisoned on the date th order expires, the Texas Family Code, Section 85.025 (c) mandates that the order be extended for one year from the date th offender is released from confinement or imprisonment. Effective June 9, 2015 and after, the order will be extended for on year for sentences of more than 5 years and two years of sentences of five years or less.

Witness my hand and seal of office this the ___17TH___ day of JULY , 2017.



LORIE, W. DAVIS         , DIRECTOR

BY _____

CHAIRMAN, CLASSIFICATIONS AND RECORDS
TRAVIS TURNER

ITSR42



# Texas Department of Criminal Justice

**Brad Livingston**
Executive Director

November 19, 2013

CORRESPONDENCE
TRACKING #219017

HAZELTOM U.S.P.
P.O. BOX 450
BRUCETON MILLS, WV  26525

RE: CHARLES ANTHONY AVILA     TDCJ# 382571 / SID# 02777241

DEAR U.S.P.:

The Parole Division received your correspondence dated 11/12/2013. It will be available for review by the Texas Board of Pardons and Paroles.

If you have any questions related to the release of an offender, please contact the TDCJ - Parole Division Status Line at (512) 406-5202.

406-5700

Sincerely,

Judith Johnson
Assistant Section Director
Review and Release Processing

JJ: cca
cc: Offender File

Exhibit # A1)
3-05-3

---

PAROLE DIVISION
CENTRAL FILE COORDINATION UNIT

8712 Shoal Creek Blvd., Suite 100
Austin, Texas 78757
Telephone # 512-406-5943

P.O. Box 13401, Capitol Station
Austin, Texas 78711-3401
Fax # 512-459-4846



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

—————————————————— Brad Livingston
Executive Director

8610 SHOAL CREEK BLVD., P. O. BOX 13401, CAPITOL STATION, AUSTIN, TX 78711

03-29-2010

ATTN: SAM KITCHEN
USP MCCREARY / SATELITE CAMP
330 FEDERAL WAY
PINE KNOT, KENTUCKY 42635

RE: AVILA, CHARLES  ANTHONY
AKA:
TDCJ/P.A#: 00382571
SID#: 02777241
INMATE# 23771-175
DOB: 10-23-1957

Dear Sir/Madam:

Please have the offender sign his waiver. The form must be completed correctly by the offender in order for us to process the request. Check Yes or No. Then the offender must sign, date and provide an address of the facility and either admit or not admit to the allegations. The witness must sign and date the form as well as providing an address and phone number. If the offender waived his right to a hearing he must admit to the allegations above in order for the sentences to run concurrent. Once form is completed return it via fax.

Fax number: 512-406-5313

Sincerely,

PAROLE DIVISION

*F. Reynolds*

DON KOENIG, Program Specialist I
Warrant Section

CC: file



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

———————————————————— Brad Livingston
Executive Director

8610 SHOAL CREEK BLVD., P. O. BOX 13401, CAPITOL STATION, AUSTIN, TX 78711

03-29-2010

ATTN: SAM KITCHEN
USP MCCREARY / SATELITE CAMP
330 FEDERAL WAY
PINE KNOT, KENTUCKY 42635

RE: AVILA, CHARLES  ANTHONY
AKA:
TDCJ/P.A#: 00382571
SID#: 02777241
INMATE# 23771-175
DOB: 10-23-1957

Dear Sir/Madam:

Please have the offender sign his waiver. The form must be completed correctly by the offender in order for us to process the request. Check Yes or No. Then the offender must sign, date and provide an address of the facility and either admit or not admit to the allegations. The witness must sign and date the form as well as providing an address and phone number. If the offender waived his right to a hearing he must admit to the allegations above in order for the sentences to run concurrent. Once form is completed return it via fax.

Fax number: 512-406-5313


Sincerely,

PAROLE DIVISION

*F. Reynolds*

DON KOENIG, Program Specialist I
Warrant Section


CC: file



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Brad Livingston
Executive Director

April 8, 2010

ATTN: AVILA, CHARLES   ANTHONY   TDCJ#: 00382571   SID#: 02777241
AKA:                    YOUR#: 23771-175
USP MCCREARY / SATELITE CAMP
330 FEDERAL WAY
PINE KNOT, KENTUCKY   42635


Dear Sir/Madam:

I am in receipt of your HS-129.3 form in which you requested a Revocation Hearing for mitigation purposes after your return to Texas prison. This letter will remain a permanent part of your file.

We cannot conduct a hearing because you are in custody out of state. Unfortunately, we do not have a method for providing a hearing-in-absentia. Therefore, when you are extradited back to Texas a hearing will be provided at that time by the Texas Department of Criminal Justice - Institutional Division.

Any questions concerning time calculation should be referred to: Chairman, State Classifications, Texas Department of Criminal Justice, Institutional Division, P.O. Box 99, Huntsville, Texas 77340.

Sincerely,

PAROLE DIVISION

*F. Reynolds*
_____
DON KOENIG, Program Administrator I
Warrant Division/Detainer Section

(Exhibit # C(1))

cc:   File

---

Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime

PAROLE DIVISION - WARRANTS SECTION
Tom Ga  y, Director

8610 Shoal Creek Boulevard          P.O. Box 13401, Capitol Station
Austin, Texas 78757                 Austin, Texas 78711-3401
Phone (512) 406-5700                Fax (512) 406-5313

# THE STATE OF TEXAS
# WARRANT
Directing Retaking
## ADMINISTRATIVELY RELEASED PRISONER*
(Non-Executive Clemency)

Before Revocation or Rescission of Presumptive/Tentative Parole Date

---

**TO ANY SHERIFF, ANY PEACE OFFICER, ANY OFFICER OR OTHER PERSON AUTHORIZED BY LAW TO SERVE CRIMINAL PROCESS OR TO ANY PERSON IN CHARGE OF ANY JAIL, PENITENTIARY OR OTHER PLACE OF DETENTION:**

DOB: **10-23-1957**     TDCJ#: **00382571**

**GREETING:**

**WHEREAS,** __AVILA, CHARLES ANTHONY__ , SID#: __02777241__,

was convicted of a felony offense in the State of Texas and was sentenced to the Texas Department of Criminal Justice, Parole Division and the Board of Pardons and Paroles;

**AND WHEREAS,** said convicted felon was granted a parole or administrative release and remains in the custody of the Texas Department of Criminal Justice, Parole Division amenable to the orders of the Texas Department of Criminal Justice, Parole Division and the Board of Pardons and Paroles;

**AND WHEREAS,** reliable information has reached the Texas Department of Criminal Justice, Parole Division that the administrative releasee has violated the terms, rules, and/or conditions of administrative release, has lapsed or is about to lapse into criminal ways or company, or was ineligible for release and is hereby declared a fugitive from justice;

**NOW THEREFORE,** by virtue of the authority vested in the Texas Department of Criminal Justice, Parole Division by Texas Government Code Ann. §508.251, it is hereby ordered that said administrative releasee, be arrested, detained and housed until such time as he may be placed in the custody of an agent of the Texas Department of Criminal Justice, Institutional Division, or until further order of the Texas Department of Criminal Justice, Parole Division or the Board of Pardons and Paroles, and for so doing, this shall be your sufficient warrant.

**NOT SUBJECT TO BAIL**     **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**Parole Division**



By: _____
P. O. Box 13401, Capitol Station
Austin, Texas 78711
Area Code (512) 406-5317
Warrant No. 07-14-2008-02777241
MARIO   PUENTE/DPO/MCALLEN DPO
/DPO/CENTRAL
File

Date of Issuance: **07-14-2008**

*The term "administrative release" includes parole and mandatory supervision, preparole transfer, work program and premature release.
BPP-FS-50 (R 1/98)